NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JON T. HOFFMAN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5106

---

Appeal from the United States Court of Federal Claims in No. 11-CV-0904, Judge Nancy B. Firestone.

---

**ON MOTION**

---

**O R D E R**

Col. Jon T. Hoffman moves without opposition for a 14-day extension of time, until December 26, 2013, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                        HOFFMAN v. US

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27